AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| NJR Clean Energy Ventures III Corporation,<br>*Plaintiff*<br>v.<br>Renewable Properties LLC, Renewable Properties Holdings LLC, Wildcat Renewables LLC, RPIL Solar 15 LLC, and David M Hurst<br>*Defendants* | ) ) ) ) ) ) ) Civil Action No.  1:25-cv-01075-JEH-RLH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:  This case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Jonathan E Hawley  on a motion to  Dismiss .

Date:  09/12/2025

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*